# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00215-CV

**In re Noble Capital Servicing, LLC**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The Parties have filed an agreed motion to dismiss, informing the Court that the trial court has entered an amended order resolving the issue that was the subject of the mandamus petition. Accordingly, we grant the motion, dissolve our temporary stay, and dismiss as moot the petition for writ of mandamus.

_____

Edward Smith, Justice

Before Chief Justice Byrne, Justices Kelly and Smith

Filed: June 21, 2022